IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| DOUGLAS TYLER WOODS,<br><br>              Plaintiff,<br><br>vs.<br><br>ADRIAN HILLIN, PHIL BARNEY, and TODD GARDNER,.<br><br>              Defendants. | MEMORANDUM DECISION AND ORDER<br><br><br>Case No. 2:04-CV-1011 TC |

The court referred this case to United States Magistrate Judge Warner pursuant to 28 U.S.C. § 636(b)(1)(B). On January 9, 2007, Judge Warner issued a Report and Recommendation, recommending that counsel be appointed to Plaintiff Douglas Woods due to his *in forma pauperis* status. Both parties objected because the court revoked Woods's *in forma pauperis* status on July 10, 2006. The court agrees with the parties' objections and will not appoint counsel to represent Woods.

There were no additional objections and the court adopts the Report and Recommendation as modified by this order.

ORDERED this 29th day of January, 2007.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge